UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | MBD No.04-10232-MLW |
| ) | |
| JEFFERY HOLLIDAY         ) | |

ORDER

WOLF, D.J.                                          October 14, 2004

A hearing on the October 8, 2004 Joint Motion for Continuance Pursuant to 18 U.S.C. 213161(H)(8)(A) shall be held today, October 14, 2004, at 4:00 p.m.

_____
UNITED STATES DISTRICT JUDGE