UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           )
                                   )
           v.                      )        MBD No. 04-10232-MLW
                                   )
JEFFREY HOLLIDAY                   )

ORDER

WOLF, D.J.                                        October 14, 2004

     For the reasons described in detail in court on October 14,
2004, it is hereby ORDERED that Assistant United States Attorney
Stephen Huggard shall, by 12:00 noon on October 15, 2004, file an
affidavit addressing the questions raised by the court concerning
whether it is appropriate to grant the October 8, 2004 Joint Motion
for Continuance pursuant to 18 U.S.C. §3161(H)(8)(A) (Docket No. 2)
and, if not, whether this case should be dismissed, pursuant to 18
U.S.C. §3161(a)(1), with prejudice or without prejudice.

     In addition, the government shall order a transcript of the
October 14, 2004 hearing.


                              _____/s/ Mark L. Wolf_____
                              UNITED STATES DISTRICT JUDGE