UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 14 A 9:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 04-mc-10232 |
| v. | ) |
| JEFFREY HOLLIDAY | ) |

NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the withdrawal of the undersigned co-counsel for the government.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ John J. Farley
JOHN J. FARLEY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, John J. Farley, hereby certify that I served a copy of the foregoing pleading by first-class mail on October 14, 2004 on Charles McGinty, Esq. Federal Defender Office, 408 Atlantic Avenue, Boston, MA 02210.

/s/ John J. Farley
JOHN J. FARLEY
Assistant U.S. Attorney