UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   MBD 04-10232

| United States of America | Jeffrey Holliday |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Levenson | Charles McGinty |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf         CLERK   O'Leary              REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 10/14/04 | Court addresses the joint motion to continue the period of time in which to return an indictment (docket no 2). |
| | Court orders the government to show good cause by 12:00 PM 10/15/04 through an affidavit regarding the delay in assigning the case to a new AUSA once it new of AUSA Farley's expected departure. Court will then decide whether to have a further hearing that afternoon. Court orders the government to purchase a copy of today's transcript. |